UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

NICOLE COOK,                                                    Case No. 7:25-cv-02950

                   Plaintiff,

                                              **ANSWER**

          v.

PAZ MANAGEMENT, INC. D/B/A PAZ HEALTH
CARE, THE AVALON ASSISTED LIVING AND
WELLNESS CENTER, JACOB RECKESS, BETH
ZACCHEO, and TERESA MARIE MULLIGAN, in
their individual and professional capacities,

                   Defendants.

------------------------------------------------x

       Defendants, PAZ Management, Inc. d/b/a PAZ Health Care, The Avalon Assisted Living and Wellness Center, Jacob Reckess, Beth Zaccheo, and Teresa Marie Mulligan (hereinafter "Defendants"), by its attorneys, EUSTACE, PREZIOSO, YAPCHANYK & YANG, answer Plaintiff's Complaint by stating as follows:

<u>**AS AND FOR AN ANSWER TO "PRELIMINARY STATEMENT"**</u>

       1.      Defendants deny the truth of the allegations contained in paragraph "1" of the Complaint, and respectfully refer all questions of law to the Court.

       2.      Defendants deny the truth of the allegations contained in paragraph "2" of the Complaint, and respectfully refer all questions of law to the Court.

<u>**AS AND FOR AN ANSWER TO "PARTIES, JURISDICTION, VENUE, AND**</u>
<u>**ADMINISTRATIVE PREREQUISITES"**</u>

       3.      Defendants deny knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph "3" of the Complaint.

4.      Defendants admit the truth of the allegations contained in paragraph "4" of the Complaint.

5.      Defendants deny the truth of the allegations contained in paragraph "5" of the Complaint.

6.      Defendants admit the truth of the allegations contained in paragraph "6" of the Complaint.

7.      Defendants deny the truth of the allegations contained in paragraph "7" of the Complaint but note that PAZ Health manages three assisted living facilities.

8.      Defendants admit the truth of the allegations contained in paragraph "8" of the Complaint.

9.      Defendants admit the truth of the allegations contained in paragraph "9" of the Complaint.

10.     Defendants deny the truth of the allegations contained in paragraph "10" of the Complaint, and respectfully refer all questions of law to the Court.

11.     Defendants deny the truth of the allegations contained in paragraph "11" of the Complaint, except admit that Zaccheo worked primarily out of the New York office and respectfully refer all questions of law to the Court.

12.     Defendants deny the truth of the allegations contained in paragraph "12" of the Complaint, except admit that Mulligan had some supervisory authority over Plaintiff and respectfully refer all questions of law to the Court.

13.     Defendants admit the truth of the allegations contained in paragraph "13" of the Complaint.

14.     Defendants deny the truth of the allegations contained in paragraph "14" of the Complaint, and respectfully refer all questions of law to the Court.

15.     Defendants deny the truth of the allegations contained in paragraph "15" of the Complaint, and respectfully refer all questions of law to the Court.

16.     Defendants deny the truth of the allegations contained in paragraph "16" of the Complaint, and respectfully refer all questions of law to the Court.

## AS AND FOR AN ANSWER TO "ADMINISTRATIVE REQUIREMENTS"

17.     Defendants deny the truth of the allegations contained in paragraph "17" of the Complaint, and respectfully refer all questions of law to the Court.

## AS AND FOR AN ANSWER TO "FACTUAL ALLEGATIONS"

18.     Defendants deny knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph "18" of the Complaint.

19.     Defendants admit the truth of the allegations contained in paragraph "19" of the Complaint.

20.     Defendants admit the truth of the allegations contained in paragraph "20" of the Complaint.

21.     Defendants admit the truth of the allegations contained in paragraph "21" of the Complaint.

22.     Defendants deny the truth of the allegations contained in paragraph "22" of the Complaint.

23.     Defendants admit the truth of the allegations contained in paragraph "23" of the Complaint.

24.     Defendants admit the truth of the allegations contained in paragraph "24" of the Complaint.

25.     Defendants admit the truth of the allegations contained in paragraph "25" of the Complaint.

26.     Defendants deny knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph "26" of the Complaint.

27.     Defendants deny knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph "27" of the Complaint.

28.     Defendants admit the truth of the allegations contained in paragraph "28" of the Complaint.

29.     Defendants admit the truth of the allegations contained in paragraph "29" of the Complaint.

30.     Defendants admit the truth of the allegations contained in paragraph "30" of the Complaint.

31.     Defendants admit the truth of the allegations contained in paragraph "31" of the Complaint.

32.     Defendants admit the truth of the allegations contained in paragraph "32" of the Complaint.

33.     Defendants deny knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph "33" of the Complaint.

34.     Defendants deny the truth of the allegations contained in paragraph "34" of the Complaint.

35.    Defendants deny the truth of the allegations contained in paragraph "35" of the Complaint.

36.    Defendants deny the truth of the allegations contained in paragraph "36" of the Complaint.

37.    Defendants deny knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph "37" of the Complaint.

38.    Defendants deny knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph "38" of the Complaint.

39.    Defendants deny knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph "39" of the Complaint.

40.    Defendants deny knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph "40" of the Complaint.

41.    Defendants deny knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph "41" of the Complaint.

42.    Defendants deny knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph "42" of the Complaint.

43.    Defendants deny the truth of the allegations contained in paragraph "43" of the Complaint.

44.    Defendants deny the truth of the allegations contained in paragraph "44" of the Complaint.

45.    Defendants deny the truth of the allegations contained in paragraph "45" of the Complaint, and respectfully refer all questions of law to the Court.

46.    Defendants deny knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph "46" of the Complaint.

47.    Defendants admit the truth of the allegations contained in paragraph "47" of the Complaint.

48.    Defendants deny the truth of the allegations contained in paragraph "48" of the Complaint, except admit that Plaintiff and Mulligan discussed interpersonal issues Plaintiff was having in the kitchen.

49.    Defendants deny the truth of the allegations contained in paragraph "49" of the Complaint.

50.    Defendants deny the truth of the allegations contained in paragraph "50" of the Complaint, and respectfully refer all questions of law to the Court.

51.    Defendants deny the truth of the allegations contained in paragraph "51" of the Complaint.

52.    Defendants deny the truth of the allegations contained in paragraph "52" of the Complaint, and respectfully refer all questions of law to the Court.

53.    Defendants deny the truth of the allegations contained in paragraph "53" of the Complaint, and respectfully refer all questions of law to the Court.

54.    Defendants deny the truth of the allegations contained in paragraph "54" of the Complaint, except admit that Plaintiff and Mulligan discussed interpersonal issues Plaintiff was having in the kitchen.

55.    Defendants deny the truth of the allegations contained in paragraph "55" of the Complaint, except admit that Plaintiff and Mulligan discussed interpersonal issues Plaintiff was having in the kitchen and respectfully refer all questions of law to the Court.

56.     Defendants deny the truth of the allegations contained in paragraph "56" of the Complaint.

57.     Defendants deny the truth of the allegations contained in paragraph "57" of the Complaint.

58.     Defendants admit the truth of the allegations contained in paragraph "58" of the Complaint.

59.     Defendants deny the truth of the allegations contained in paragraph "59" of the Complaint, except admit that Plaintiff was reassigned to a role in Housekeeping, which was not a demotion, and respectfully refer all questions of law to the Court.

60.     Defendants deny the truth of the allegations contained in paragraph "60" of the Complaint, and respectfully refer all questions of law to the Court.

61.     Defendants deny the truth of the allegations contained in paragraph "61" of the Complaint, and respectfully refer all questions of law to the Court.

62.     Defendants deny the truth of the allegations contained in paragraph "62" of the Complaint, and respectfully refer all questions of law to the Court.

63.     Defendants admit the truth of the allegations contained in paragraph "63" of the Complaint.

64.     Defendants deny the truth of the allegations contained in paragraph "64" of the Complaint, except admit that Plaintiff returned to work in the kitchen.

65.     Defendants deny the truth of the allegations contained in paragraph "65" of the Complaint, and respectfully refer all questions of law to the Court.

66.     Defendants admit the truth of the allegations contained in paragraph "66" of the Complaint.

67.    Defendants admit the truth of the allegations contained in paragraph "67" of the Complaint.

68.    Defendants deny knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph "68" of the Complaint.

69.    Defendants deny knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph "69" of the Complaint.

70.    Defendants deny the truth of the allegations contained in paragraph "70" of the Complaint, except admit that Mulligan spoke with Plaintiff in December 2022.

71.    Defendants deny the truth of the allegations contained in paragraph "71" of the Complaint.

72.    Defendants admit the truth of the allegations contained in paragraph "72" of the Complaint.

73.    Defendants deny the truth of the allegations contained in paragraph "73" of the Complaint.

74.    Defendants admit the truth of the allegations contained in paragraph "74" of the Complaint.

75.    Defendants deny the truth of the allegations contained in paragraph "75" of the Complaint.

76.    Defendants deny the truth of the allegations contained in paragraph "76" of the Complaint.

77.    Defendants deny the truth of the allegations contained in paragraph "77" of the Complaint, except admit that Plaintiff asked to speak with Reckess.

78.    Defendants admit the truth of the allegations contained in paragraph "78" of the Complaint.

79.    Defendants admit the truth of the allegations contained in paragraph "79" of the Complaint.

80.    Defendants deny the truth of the allegations contained in paragraph "80" of the Complaint.

81.    Defendants deny the truth of the allegations contained in paragraph "81" of the Complaint.

82.    Defendants deny the truth of the allegations contained in paragraph "82" of the Complaint, and respectfully refer all questions of law to the Court.

83.    Defendants deny the truth of the allegations contained in paragraph "83" of the Complaint, and respectfully refer all questions of law to the Court.

84.    Defendants deny the truth of the allegations contained in paragraph "84" of the Complaint, and respectfully refer all questions of law to the Court.

85.    Defendants deny the truth of the allegations contained in paragraph "85" of the Complaint, and respectfully refer all questions of law to the Court.

## AS AND FOR AN ANSWER TO THE FIRST CAUSE OF ACTION

86.    Defendants repeat and reallege their responses set forth in paragraphs "1" through "85" above as though fully set forth herein.

87.    Defendants deny the truth of the allegations contained in paragraph "87" of the Complaint, and respectfully refer all questions of law to the Court.

88.    Defendants deny the truth of the allegations contained in paragraph "88" of the Complaint, and respectfully refer all questions of law to the Court.

89.     Defendants deny the truth of the allegations contained in paragraph "89" of the Complaint, and respectfully refer all questions of law to the Court.

**AS AND FOR AN ANSWER TO THE SECOND CAUSE OF ACTION**

90.     Defendants repeat and reallege their responses set forth in paragraphs "1" through "89" above as though fully set forth herein.

91.     Defendants deny the truth of the allegations contained in paragraph "91" of the Complaint, and respectfully refer all questions of law to the Court.

92.     Defendants deny the truth of the allegations contained in paragraph "92" of the Complaint, and respectfully refer all questions of law to the Court.

93.     Defendants deny the truth of the allegations contained in paragraph "93" of the Complaint, and respectfully refer all questions of law to the Court.

**AS AND FOR AN ANSWER TO THE THIRD CAUSE OF ACTION**

94.     Paragraph "94" contains a recitation of a statute, to which no response is required.

95.     Paragraph "95" contains a recitation of a statute, to which no response is required.

96.     Defendants deny the truth of the allegations contained in paragraph "96" of the Complaint, and respectfully refer all questions of law to the Court.

97.     Defendants deny the truth of the allegations contained in paragraph "97" of the Complaint, and respectfully refer all questions of law to the Court.

98.     Defendants deny the truth of the allegations contained in paragraph "98" of the Complaint, and respectfully refer all questions of law to the Court.

**AS AND FOR AN ANSWER TO THE FOURTH CAUSE OF ACTION**

99.     Defendants repeat and reallege their responses set forth in paragraphs "1" through "98" above as though fully set forth herein.

100.    Paragraph "100" contains a recitation of a statute, to which no response is required.

101.    Defendants deny the truth of the allegations contained in paragraph "101" of the Complaint, and respectfully refer all questions of law to the Court.

102.    Defendants deny the truth of the allegations contained in paragraph "102" of the Complaint, and respectfully refer all questions of law to the Court.

103.    Defendants deny the truth of the allegations contained in paragraph "103" of the Complaint, and respectfully refer all questions of law to the Court.

## AS AND FOR A FIFTH CAUSE OF ACTION

104.    Defendants repeat and reallege their responses set forth in paragraphs "1" through "103" above as though fully set forth herein.

105.    Paragraph "105" contains a recitation of a statute, to which no response is required.

106.    Defendants deny the truth of the allegations contained in paragraph "106" of the Complaint, and respectfully refer all questions of law to the Court.

107.    Defendants deny the truth of the allegations contained in paragraph "107" of the Complaint, and respectfully refer all questions of law to the Court.

108.    Defendants deny the truth of the allegations contained in paragraph "108" of the Complaint, and respectfully refer all questions of law to the Court.

## AS AND FOR AN ANSWER TO THE SIXTH CAUSE OF ACTION

109.    Defendants repeat and reallege their responses set forth in paragraphs "1" through "108" above as though fully set forth herein.

110.    Paragraph "110" contains a recitation of a statute, to which no response is required.

111.    Defendants deny the truth of the allegations contained in paragraph "111" of the Complaint, and respectfully refer all questions of law to the Court.

112.    Defendants deny the truth of the allegations contained in paragraph "112" of the Complaint, and respectfully refer all questions of law to the Court.

113.    Defendants deny the truth of the allegations contained in paragraph "113" of the Complaint, and respectfully refer all questions of law to the Court.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

114.    The purported causes of action alleged in Plaintiff's Complaint fail to properly state, specify or allege any actual cause of action against Defendants on which relief can be granted as a matter of law.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

115.    If it is determined that Defendants are responsible for the acts alleged in the Complaint, Plaintiff failed to take appropriate action to mitigate any damages.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

116.    Plaintiff was an at-will employee-at-will and any actions taken by Defendants were proper.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

117.    Plaintiff's claims for damages are barred by Defendants' good-faith efforts to comply with the applicable anti-discrimination laws.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

118.    All actions taken by Defendants with respect to Plaintiff were based on legitimate, nondiscriminatory business reasons.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

119.    Defendants exercised reasonable care to prevent and correct promptly any alleged discriminatory or harassing behavior.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

120.    Plaintiff unreasonably failed to take advantage of any preventative or corrective opportunities provided by Defendants or to avoid harm otherwise.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

121.    If it is found that the acts referred to in the Complaint were committed by Defendants, then it is claimed that the acts were provoked, induced, or caused by Plaintiff's own action and misconduct.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

122.    All actions taken by Defendants with respect to Plaintiff were made in good faith, without malice, ill will, or reckless indifference and were not willful or outrageous. Defendants had reasonable grounds for believing that their conduct did not violate any laws.

### AS AND FOR A TENTH AFFIRMATIVE DEFENSE

123.    Plaintiff's claims are barred or limited, in whole or in part, by the doctrines of waiver, estoppel, and laches.

### AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

124.    Plaintiff's claims should be dismissed because there is no causal connection between the events alleged in the Complaint and any damages Plaintiff has allegedly suffered.

### AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

125.    There was no tangible employment action as a result of the alleged discriminatory behavior.

### AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

126.    Plaintiff's claims are time-barred, and as a result his claims should be dismissed.

## AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

127.    Plaintiff failed to exhaust all necessary administrative remedies before commencing this suit, and as a result his claims should be dismissed.

## AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

128.    Defendant reserves the right to supplement and/or amend this Answer as information is obtained during the course of discovery.

WHEREFORE, Defendants demand judgment dismissing the Complaint, together with costs and disbursements, and in the event any judgment or settlement is recovered herein against Defendants, then Defendants further demand that such judgment be reduced by the amount which is proportionate to the degree of Plaintiff's culpability.

DATED:   June 23, 2025
                New York, NY

EUSTACE PREZIOSO YAPCHANYK &
YANG
Attorneys for Defendants
550 Madison Avenue
10th Floor
New York, NY 10022
(212) 612-4200

By: _____
        Michelle L. Vizzi

TO: All Parties via PACER