UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

..........................................................................................

NICOLE COOK

                         Plaintiff,

                 - against -

PAZ MANAGEMENT, INC. et al.

                      Defendants.

..........................................................................................

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __10/17/2025____ |

**ORDER**

7:25-cv-02950-NSR

Román, D.J.:

      The Court having been informed that the the court-ordered mediation in this case was held and agreement was reached on all issues, it is hereby

      ORDERED, that the above-entitled action be and hereby is discontinued, subject to reopening should the agreement not be consummated on or before November 17, 2025. The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

Dated:      October 17, 2025 White
               Plains, New York

SO ORDERED.

_____

Nelson S. Román, U.S.D.J.